ACCEPTED
12-14-000263-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/25/2015 12:10:26 PM
CATHY LUSK
CLERK

NO. 12-14-00263-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | 3/25/2015 12:10:26 PM |
| **VS.** | § | **12th COURT** | CATHY S. LUSK<br>Clerk |
| | § | | |
| **JEFFREY ARLEN QUINN** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JEFFREY ARLEN QUINN, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 3rd Judicial District Court of Henderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. JEFFREY ARLEN QUINN, and numbered C-20,818.

3. Appellant was convicted of Evading Arrest with a Motor Vehicle.

4. Appellant was assessed a sentence of 17 years confinement in Texas Department of Criminal Justice - Institutional Division on June 19, 2014.

5. Notice of appeal was given on September 8, 2014.

6. The clerk's record was filed on October 17, 2014; the reporter's record

was filed on February 17, 2015.

7.  The appellate brief is presently due on March 19, 2015.

8.  Appellant requests an extension of time of 30 days from the present date, i.e. April 17, 2015.

9.  No extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Undersigned counsel is in private practice and is currently preparing for contested hearings in a capital murder case styled The State of Texas vs. Raheem Mark Miller, Cause Number B-21,539, in the 392nd Judicial District Court. Additionally, Counsel was out of state for several days since the record was received to attend a funeral.

Counsel also will be attending a CLE conference during the week of March 23, 2015 through March 26, 2015 and is requesting the extension in order to ensure all possible appellate matters are investigated and researched.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JOHN L. YOUNGBLOOD
130 East Corsicana Street
Suite 300
Athens, Texas 75751
Tel: (903) 675-5188
Fax: (903) 677-3902


By: /s/    John L. Youngblood
    JOHN L. YOUNGBLOOD
    State Bar No. 24003222
    John@johnlyoungbloodlaw.com
    Attorney for JEFFREY ARLEN QUINN


## CERTIFICATE OF SERVICE

This is to certify that on March 18, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, 109 West Corsicana Street, Suite 103, Athens, Texas 75751, by electronic service through the Electronic Filing Manager.


    /s/    John L. Youngblood
    JOHN L. YOUNGBLOOD

**STATE OF TEXAS**  §
 §
**COUNTY OF HENDERSON**  §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared JOHN L. YOUNGBLOOD, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

      ___/s/___John L. Youngblood_____
      JOHN L. YOUNGBLOOD
      Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on MARCH 18,

2015, to certify which witness my hand and seal of office.



TERRI CRAWFORD
Notary Public
STATE OF TEXAS
My Comm. Exp. June 18, 2016

_____
Notary Public, State of Texas